FILED

UNITED STATES DISTRICT COURT

2016 AUG -1 PM 1:21

MIDDLE DISTRICT COURT OF FLORIDA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

FL. MYERS DIVISION

CASE NO.

DONALD JONES

    Plaintiff,

2: 16 -cv- 597 -FtM- 99 MCM

vs.

BANK OF AMERICA % STATE OF FLORIDA

    DEFENDANT,

## COMPLANT

In December 15, 2015 the defendant file a foreclosure law sue for under $50.000. The defendant stated the plaintiff did not live at the residential. On January 11, 2016 the plaintiff file a affirmative of defenses. The defendant then file a notice of hearing picking the scheduled, the room and the judge, and mail court dates to the plaintiff. And states it will be resolved within five (5) minutes. The Judge was Senior Judge Thompson. On April 12,2016 the plaintiff file a motion to disqualify Senior Judge Thompson and to strike the two and half minutes hearing. on April 21,2016 a hearing was scheduled before Judge Michael McHugh (see exhibit 1)

2. The plaintiff submitted 3 years of water bills, 6 mouths of electric bills The court frown on the defendant motion (Rule 1.150 sham

pleading) and DENIED the motion to strike affirmative defenses.(see exhibit 2)

3. On April 27,2016 the plaintiff file a motion to move the case to trial on the same day the defendant file notice of readiness for trial. The defendant demanded that the court action shall be by the court and not by jury and estimated that fifteen (15) minutes will be required. The plaintiff on May 2,2016 file a motion to strike the second and third demand of the defendant "The right of trial by jury shall be preserved". The V11 amendment of the Constitution. And the plaintiff frowns upon the fifthteen minutes trial. On May 02,2016 Judge Laboda Denied to strike both the fifthteen minutes trial and a jury trial. On May 17,2016 the plaintiff file a motion to proceed again requesting a jury trial. The code of judicial conduct canon 5.

(1) Cast reasonable doubt on the Judge's capacity to act impartially as a judge;

(4) Interfere with the proper performance of judicial duties;

Federal Rules of civil Procedure Rule 38 (b) Demand. On any issue of right by a jury, a party may demand a jury trial.

On May 23,2016 Judge Laboda file a order denying the motion for rehearing stating that Fla.Stat. 702.01 prohibits a jury trial in a foreclosure case, she also stated federal rules do not apply in a state court proceeding. As to disqualify her is DENIED, is legally insufficient and untimely. One day after the Judge order the defendant file a notice of voluntary dismissal. On May 31,2016 the plaintiff file a motion to discuss settlement. Judge Laboda on June 9,2016 order the motion to

settlement is MOOT as the defendant filed a Voluntary Dismissal. (see exhibit 3),

## CONCLUSION

In February 08, 2011 plaintiff sigh a reverse mortgage loan with bank of America. The plaintiff is retired an life off a fix income. The defendant harass the plaintiff with false fees, On December 15, 2015 the defendant file a frivolous fore closure law sue stated that the plaintiff did not live in his home. The defendant use the court to manipulate the plaintiff by picking the judge and filing a sham pleading Rule 1.150 in a two and half minutes hearing. The defendant have been grant 100's of millions of dollars from the courts in fee's for fore closure, The plaintiff had been denied. The court stated that there do not recognize Federal Rules of civil procedure; Rule 38. (B) there widespread fraud and civil rights violation in this court and denied of a jury trial is one of the reason.

**WHEREFORE,** Plain prays that this United State District Court,

(a) Grant the plaintiff a jury trial and monetary award for civil right violation, age discriminate, fraud, suffering an pain.

*Donald Jons*

---

1

In fore closure case hearing or fifthteen (15) minutes, and trials or thirty (30) minutes.

UNITED STATE DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS     DIVISION

DONALD JONES

   Plaintiff,

V.                                                        CASE NO.

BANK OF AMERICA % STATE OF FLORIDA

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the Foregoing notice

By depositing a copy of same in the United State Mail with adequate postage thereon to:

   ROBERTSON, ANSCHUIZ & SCHNEID, PL

   6409 Congress Ave., Suite 100

   Boca Raton, FL 33487

   ATTORNEY GENERAL OFFICE OF LEGAL AFFAIRS

   2075 W. FIRST ST.

   FORT MYERS FL 33901

Date this  1 ,day of August 2016

*[signature: Donald Jones]*

P.O. BOX 51584

Fort Myers, FL. 33994

(678) 360-1505