UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD JONES,

      Plaintiff,

v.                           Case No: 2:16-cv-597-FtM-99MRM

BANK OF AMERICA and STATE OF
FLORIDA,

      Defendants.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #6), filed October 3, 2016, recommending that the Affidavit of Indigency, construed as a motion to proceed *in forma pauperis*, be denied and the case dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de*

*novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge that the case should be dismissed for failure to prosecute, and for failure to comply with the Court's orders.  Although not specified, the dismissal will be without prejudice.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #6) is hereby **adopted** and the findings incorporated herein.

2.   Plaintiff's Affidavit of Indigency (Doc. #2), construed as a motion to proceed *in forma pauperis*, is **DENIED**.

3.   The Clerk shall enter judgment dismissing the case without prejudice, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __21st__ day of October, 2016.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties